UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES JOSEPH OWENS
        Petitioner
    v.
TYRANE L. MORGAN; FCI BUTNER 2
        Respondents

**Judgment in a Civil Case**

Case Number: 5:08-HC-2062-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondents' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 14, 2010, with service on:
James Joseph Owens c/o The Moorish Science Temple of America, 4311 Penhurst Avenue, Baltimore, MD 21215 (via U.S. Mail)
Joshua B. RoysterDelForge (via CM/ECF Notice of Electronic Filing)

December 14, 2010          /s/ Dennis P. Iavarone
                                                Clerk

Raleigh, North Carolina